58 So.2d 134

F. I. EATMAN v. Charlie GOODSON, Lula Goodson, and Floyd Goodson.

2 Div. 829.

Court of Appeals of Alabama.

Nov. 20, 1951.

Rehearing Denied Jan. 8, 1952.

David M. Hall, Eutaw, and Jones, Dominick & Eachin, Tuscaloosa, for appellant.

E. D. McDuffie and Joe G. Burns, Tuscaloosa, for appellees.

CARR, Presiding Judge.

Reversed and remanded on authority of Eatman v. Goodson et al., ante, p. 360, 58 So.2d 129.

HARWOOD, J., recuses self.

Certiorari denied, 257 Ala. 238, 58 So.2d 134.